## JOHN J. PITCHELL *v.* CITY OF HARTFORD ET AL.
## (AC 20539)

Foti, Spear and Dupont, Js.

Argued May 1—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

## OLWEN M. FALKENSTEIN *v.* MICHAEL FALKENSTEIN
## (AC 20143)

Schaller, Spear and Daly, Js.

Argued May 9—officially released June 5, 2001

Per Curiam. The judgments are affirmed.

## ZANE CAMERON PETERSON *v.* VERNA J. PETERSON
## (AC 20879)

Mihalakos, Dranginis and Daly, Js.

Argued May 4—officially released June 5, 2001

Per Curiam. The judgment is affirmed.

## SCOTT CIAK *v.* COMMISSIONER OF CORRECTION
## (AC 19544)

Spear, Mihalakos and Dranginis, Js.

Argued May 8—officially released June 5, 2001

Per Curiam. The judgment is affirmed.